# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**

**May 05, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       v.

ISAAC DANIEL GONZALEZ

)
)
)
)

Case No.    1:26-mj-00045-EPG

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:      **United States District Court**

*Place*

**2500 Tulare Street, Fresno, California 93721**

on      **5/13/2026 at 2:00 p.m. in Courtroom 10 and 5/20/2026 at 11:00 a.m. in Courtroom 8**

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

# DEFENDANT'S RELEASE IS DELAYED UNTIL 8:30 A.M. ON 5/6/2026.

AO 199B  (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)                                    Page 2 of 3 Pages

**GONZALEZ, Isaac Daniel**
**Doc. No. 1:26-MJ-00045-EPG-1**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑    (6)        The defendant is placed in the custody of:

           Name of person or organization        Leo Gonzales

     who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

              SIGNED: _____
                            CUSTODIAN

☑    (7)      The defendant must:
     ☑    (a)   report on a regular basis to the following agency:
                Pretrial Services and comply with their rules and regulations;
     ☑    (b)   report immediately to the Pretrial Services Agency following your release from custody;
     ☑    (c)   reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;
     ☑    (d)   cooperate in the collection of a DNA sample;
     ☑    (e)   restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
     ☑    (f)   surrender your expired passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;
     ☑    (g)   not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
     ☑    (h)   seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
     ☑    (i)   refrain from excessive use of alcohol;
     ☑    (j)   not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
     ☑    (k)   submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;
     ☑    (l)   participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
     ☑    (m)   not associate or have any contact with co-defendants unless in the presence of counsel;
     ☑    (n)   report any contact with law enforcement to your pretrial services officer within 24 hours;
     ☑    (o)   participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;
     ☑    (p)   participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Frank J. Singer, Courtroom 8, on May 20, 2026; and,

     **USMS SPECIAL INSTRUCTIONS:**

     ☑    (q)   Your release on bond is delayed until tomorrow at 8:30am, at which time you must report directly to the Pretrial Services office in Fresno for the installation of the location monitoring equipment.

Case 1:26-cr-00078-JLT-SAB    Document 39    Filed 05/05/26    Page 3 of 3

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
Defendant's Signature

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: ___5/5/26___          _____
                                        *Judicial Officer's Signature*

                                  Erica P. Grosjean, United States Magistrate Judge

                                             *Printed name and title*

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL